IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| BRIGGS ALEXANDER And JANE DOE, | : : : |
| Plaintiffs, | : CIVIL CASE NO.: 5:24-cv-00107-KKC : |
| v. | : : |
| UNIVERSITY OF KENTUCKY, ET AL. | : : |
| Defendants. | : |

_____

**PLAINTIFFS' EXPERT WITNESS DISCLOSURES**

Plaintiffs identifies the following expert witness(es) who has or is likely to have knowledge of information relevant to the claims in this action:

1. Plaintiffs do not have expert witnesses at this time but reserves the right to supplement this list with expert witnesses, including and not limited to expert witnesses on economic and emotional damages.

        Respectfully submitted,

    By: s/ Channing Robinson-Holmes
        Channing Robinson-Holmes (P81698)
        Megan A. Bonanni (P52079)
        Kevin M. Carlson (P67704)
        PITT, McGEHEE, PALMER BONANNI &
        RIVERS. P.C.

                              Attorneys for Plaintiffs
117 W. Fourth Street, Suite 200
Royal Oak, MI  48067
248-398-9800
248-398-9804 (fax)
mbonanni@pittlawpc.com
kcarlson@pittlawpc.com
crobinson@pittlawpc.com

Justin Whittaker, Esq. (92364)
Whittaker Law, LLC
2055 Reading Road, Suite 260
Cincinnati, Ohio 45202
(513) 259-3758
Fax: (513) 436-0689
Justin@WhittakerLawFirm.com

Dated: September 4, 2025