**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

**BRIGGS ALEXANDER, *et al.***

**Plaintiffs,**

**v.**

**UNIVERSITY OF KENTUCKY, *et al.***

**Defendants.**

**Case No. 5:24-cv-00107-KKC**

**Judge: Hon. Karen K. Caldwell**

---

## ORDER AMENDING SCHEDULING ORDER (ECF NO. 72)

This matter is before the Court on the motion of the Plaintiffs for a continuance of all remaining deadlines and scheduled events in this case. The Court Orders as follows:

1. No later than October 30, 2026, the parties shall complete all discovery.

2. No later than December 4, 2026, the parties shall file any dispositive motions.

3. The Court's scheduled pretrial conference of December 17, 2026 and trial date of January 19, 2027 are continued pending additional orders of the Court.

IT IS SO ORDERED.

This 17th day of June, 2026.

**Signed By:**
***Karen K. Caldwell***
**United States District Judge**